ACCEPTED
03-15-00505-CV
7274208
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/7/2015 3:03:39 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00505-CV

IN THE COURT OF APPEALS
FOR THE THIRD SUPREME JUDICIAL DISTRICT
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/7/2015 3:03:39 PM
JEFFREY D. KYLE
Clerk

DAVID ROGERS,

APPELLANT

VS.

GREGORIO "GREG" CASAR,

APPELLEE

MOTION TO EXTEND TIME FOR FILING APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

Now comes David Rogers, Appellant and pursuant to Tex.R.App.P. 10.5, moves this court to grant an extension of time to file Appellant's Brief, and respectfully states:

1. The due date for the Appellant's Brief is currently October 7, 2015. David Rogers seeks an extension of time to file Appellant's brief for 14 days from the current stated due date of October 7, 2015 or until October 21, 2015. The extension is needed because the record in this case is voluminous making preparing the brief and appendix more time consuming than Appellant anticipated. In addition, Appellant has had an unusually high number of short notice client emergencies that have prevented Appellant from devoting the time necessary to properly prepare the Appellant's Brief.

2. Therefore, this Motion is in the interest of justice and orderly presentation of the issues that need to be resolved in this appeal and not for by reason of any procrastination or for delay.

3. Appellant has conferred with counsel for Casar and counsel for Pressley and neither opposes this Motion to Extend Time to October 21, 2015.

4. This is the first extension of time David Rogers has presented to this Honorable Court for filing of the Appellant's Brief.

## PRAYER

For these reasons, David Rogers requests that this court enter an order extending the time for filing Appellant's Brief until October 21, 2015.

Respectfully submitted,

_/s/ David Rogers_

David Rogers
SBN: 24014089
1201 Spyglass Drive, Suite 100
Austin, Texas 78746
(512) 923-1836
(512) 201-4082
firm@dargoerslaw.com

## CERTIFICATE OF CONFERENCE

Please be advised that the undersigned has conferred with opposing counsel on October 7, 2015 regarding this motion, and the counsel for Gregorio "Greg" Casar and the counsel for Laura Pressley are unopposed to the Court extending the due date for Appellant's Brief until October 21, 2015.

_/s/ David Rogers_

David Rogers

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been swerved by efile and/or facsimile to the following persons on this 7th day of October 2015.

Mark Cohen
SBN: 04508400
805 W. 10th Street, Suite 100
Austin, Texas 78701
(512) 474-4424
(512) 472-5444 fax
mark@cohenlegalservices.com

ATTORNEY FOR APPELLANT
LAURA PRESSLEY

Kurt Kuhn
SBN: 24002433
KUHN HOBBS PLLC
3307 Northland Drive, # 310
Austin, Texas 78731
(512) 476-6000
(512) 476-6002 fax
kurt@KuhnHobbs.com

Charles 'Chuck' Herring, Jr.
SBN: 09534100
Herring & Irwin, L.L.P
1411 West Avenue, Suite 100
Austin, Texas 78701
(512) 320-0665
(512) 519-7580 fax
cherring@herring-irwin.com

ATTORNEYS FOR APPELLEE
GREGORIO "GREG" CASAR

_/s/ David Rogers_
David Rogers